**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA SUAREZ, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>NBCUNIVERSAL MEDIA, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−01774−SSC<br><br>NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT<br>(For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only) |

### *THIS FORM WILL NOT BE FILED AFTER ISSUANCE BY THE CLERK.*

The initiating party must serve this Form on each party at the time of service of the summons and complaint or other initial pleading. This case has been randomly assigned to the United States Magistrate Judge  **Stephanie S. Christensen**  for all purposes, including trial, entry of judgment, and direct review by the Ninth Circuit Court of Appeals. See General Order 24-05; 28 U.S.C. § 636(c); F.R.C.P. 73; L.R. 73-1, 73-2. The case number on all documents filed with the Court must read as follows:

**2:25−cv−1774 SSC**

**Consent to a U.S. Magistrate Judge is voluntary.** The parties are free to opt out of consenting without adverse substantive consequences. Should any party timely opt out of consenting, the case will be randomly reassigned to a District Judge. Any party may decline consent by signing at the bottom of this Form and submitting it to the Court in the manner prescribed, within the deadlines set forth, below. **Do not efile this Form. Do not email this Form to any judge's chambers.** If a party declines consent, the identity of that party will not be communicated to any judge.

To decline consent, represented parties must submit the completed Form by email to **optout_consent@cacd.uscourts.gov.**

Pro Se litigants may submit this completed Form in person at the customer service window of any Central District of California divisional office, through the Court's Electronic Document Submission System, or by U.S. Mail to:

United States District Court c/o Magistrate Judge CRD Supervisor
Opt Out Consent
255 W. Temple Street
Los Angeles, CA 90012

**Deadline to submit declination of consent.** For cases initiated in the Central District, this completed Form must be received by the Court no later than fourteen (14) calendar days from the date of issuance by the Clerk's Office or from the date of service of this Form by the initiating party. For incarcerated plaintiffs appearing pro se, the signed Form must be received by the Court no later than twenty-one (21) calendar days from the date of service of this Form. For cases removed or transferred to the Central District, this completed Form must be received by the Court no later than seven (7) calendar days from the date of issuance by the Clerk's Office or from the date of service of the Form by the initiating party.

**If this Form is not received by the deadline set forth above, each party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge for all purposes.**

**To decline to consent to proceed before a Magistrate Judge, complete the section below.**

☐ I decline consent and request the case be assigned to a District Judge.

_____                    _____
Date                                                                                    Attorney/Party's Signature

                                                                                        _____
                                                                                        Party Represented