PROSKAUER ROSE LLP
ANTHONY J. ONCIDI (SBN 118135)
aoncidi@proskauer.com
PHILIPPE A. LEBEL (SBN 274032)
plebel@proskauer.com
DIXIE M. MORRISON (SBN 341850)
dmorrison@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: (310) 557-2900
Facsimile: (310) 557-2193

Attorneys for Defendants
MOUNTAIN VIEW PRODUCTIONS, LLC; 51 MINDS, LLC; 51 MINDS ENTERTAINMENT, LLC; ENDEMOL SHINE US OFFICE, LLC; and ENDEMOL USA HOLDING, INC.

*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA SUAREZ, an individual; and GREY DUDDLESTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NBCUNIVERSAL MEDIA, LLC, a Delaware limited liability company; BRAVO MEDIA, LLC, a Delaware limited liability company; MOUNTAIN VIEW PRODUCTIONS, LLC, a California limited liability company; 51 MINDS, LLC, a Delaware limited liability company; 51 MINDS ENTERTAINMENT, LLC, a New York limited liability company; ENDEMOL SHINE US OFFICE, LLC, a Delaware limited liability company; ENDEMOL USA HOLDING, INC., a Delaware corporation; GARY KING, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-1774 SSC<br><br>Honorable Stephanie S. Christensen<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint received: February 25, 2025<br><br>Action removed: February 28, 2025<br><br>Current response date: March 18, 2025<br><br>New response date: April 4, 2025<br><br>(*Los Angeles County Superior Court, Case No. 25STCV05281*) |

1  Bryan J. Freedman, Esq. (SBN 151990)
   Jason H. Sunshine, Esq. (SBN 336062)
2  Summer E. Benson, Esq. (SBN 326398)
   LINER FREEDMAN TAITELMAN + COOLEY, LLP
3  1801 Century Park West, 5th Floor
   Los Angeles, California 90067
4  Telephone: (310) 201-0005
   Facsimile: (310) 201-0045
5  Email: bfreedman@lftcllp.com
          jsunshine@lftcllp.com
6         sbenson@lftcllp.com

7  Mark J. Geragos, Esq. (SBN 108325)
   Kimberly M. Casper, Esq. (SBN 333896)
8  GERAGOS & GERAGOS APC
   644 South Figueroa Street
9  Los Angeles, CA 90017
   Telephone: (213) 625-3900
10 Email: mark@geragos.com
          kimberly@geragos.com
11
   Attorneys for Plaintiffs SAMANTHA SUAREZ and GREY DUDDLESTON
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1  Plaintiffs Samantha Suarez and Grey Duddleston (collectively, "Plaintiffs") and
2  Defendants Mountain View Productions, LLC; 51 Minds, LLC; 51 Minds Entertainment,
3  LLC; Endemol Shine US Office, LLC; and Endemol USA Holding, Inc. (collectively, the
4  "Endemol Defendants"), through their respective counsel, stipulate as follows:
5  WHEREAS, on February 25, 2025, Plaintiffs filed a Complaint against the Endemol
6  Defendants and Defendants NBCUniversal Media, LLC; Bravo Media LLC (erroneously
7  sued as "Bravo Media, LLC") and Gary King in Los Angeles County Superior Court, Case
8  No. 25STCV05281;
9  WHEREAS, on February 25, 2025, the Endemol Defendants received (but were not
10 served with) a copy of the Complaint;
11 WHEREAS, on February 28, 2025, the Endemol Defendants removed the case to the
12 United States District Court for the Central District of California;
13 WHEREAS, under Federal Rule of Civil Procedure 81(c)(2)(A), the Endemol
14 Defendants' deadline to respond to the Complaint is March 18, 2025;
15 WHEREAS, counsel for Plaintiffs are unavailable to meet and confer regarding the
16 Endemol Defendants' responsive pleadings until March 21, 2025;
17 WHEREAS, counsel for the parties have agreed to meet and confer on Friday, March
18 21, 2025, when counsel for Plaintiffs will be available to meet and confer;
19 WHEREAS, counsel for Plaintiffs and the Endemol Defendants have agreed to
20 extend the time for the Endemol Defendants to respond to the Complaint by seventeen (17)
21 days, to and including April 4, 2025;
22 WHEREAS, Local Rule 8-3 permits the parties to stipulate to an extension of up to
23 30 days to respond to the initial complaint, without approval from the Court;
24 WHEREAS, this is the parties' first stipulation or request to extend the Endemol
25 Defendants' deadline to file a responsive pleading to the Complaint or otherwise move;
26 THEREFORE, Plaintiffs and the Endemol Defendants hereby stipulate and agree
27 pursuant to Local Rule 8-3, by and through their respective undersigned counsel, that the
28

Endemol Defendants' deadline to respond to the Complaint is extended to and including April 4, 2025.

Dated: March 14, 2025

PROSKAUER ROSE LLP
ANTHONY J. ONCIDI
PHILIPPE A. LEBEL
DIXIE M. MORRISON

By: */s/ Anthony J. Oncidi*
Anthony J. Oncidi
Attorneys for Defendants
MOUNTAIN VIEW PRODUCTIONS, LLC; 51 MINDS, LLC; 51 MINDS ENTERTAINMENT, LLC; ENDEMOL SHINE US OFFICE, LLC; and ENDEMOL USA HOLDING, INC.

Dated: March 14, 2025

LINER FREEDMAN TAITELMAN + COOLEY, LLP
BRYAN J. FREEDMAN
JASON H. SUNSHINE
SUMMER E. BENSON

GERAGOS & GERAGOS APC
MARK J. GERAGOS
KIMBERLY M. CASPER

By: */s/ Jason H. Sunshine*
Jason H. Sunshine
Attorneys for Plaintiffs
SAMANTHA SUAREZ and GREY DUDDLESTON

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

I, Anthony J. Oncidi, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and whose behalf the filing is submitted, concur in the filing's consent and have authorized filing.

Dated: March 14, 2025          PROSKAUER ROSE LLP


                               By:   */s/ Anthony J. Oncidi*
                                     Anthony J. Oncidi

                                     Attorneys for Defendants
                               MOUNTAIN VIEW PRODUCTIONS, LLC;
                               51 MINDS, LLC; 51 MINDS
                               ENTERTAINMENT, LLC; ENDEMOL
                               SHINE US OFFICE, LLC; and ENDEMOL
                               USA HOLDING, INC.
                               Email: aoncidi@proskauer.com