Bryan J. Freedman (SBN 151990); Jason H. Sunshine (SBN 336062); Summer E. Benson (SBN 326398)
LINER FREEDMAN TAITELMAN + COOLEY, LLP
1801 Centuryy Park West, 5th Floor
Los Angeles, CA 90067
Telephone: 310-201-0005
Facssimile: 310-201-0045
bfreedman@lftcllp.com; jsunshine@lftcllp.com; sbenson@lftcllp.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SAMANTHA SUAREZ, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-01774-SSC |
| v. | |
| NBCUNIVERSAL MEDIA, LLC, et al. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

03/24/2025                              */s/ Bryan J. Freedman*
*Date*                                  *Signature of Attorney/Party*
                                        Bryan J. Feedman, Esq.

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*